**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION**

LOVEETA LUCIANA WATKINS                                       PLAINTIFF

V.                              4:16CV00797 JLH/PSH

DOE                                                                                           DEFENDANT

**PROPOSED FINDINGS AND RECOMMENDATION**

**INSTRUCTIONS**

       The following Proposed Findings and Recommendation have been sent to United States District Judge J. Leon Holmes. You may file written objections to all or part of this Recommendation. If you do so, those objections must: (1) specifically explain the factual and/or legal basis for your objection; and (2) be received by the Clerk of this Court within fourteen (14) days of this Recommendation. By not objecting, you may waive the right to appeal questions of fact.

**DISPOSITION**

       Plaintiff Loveeta Luciana Watkins filed a *pro se* complaint, pursuant to 42 U.S.C. § 1983, October 31, 2016. Watkins did not pay the $400.00 filing and administrative fees, or file an application for leave to proceed *in forma pauperis* (IFP). Additionally, Watkins' complaint is unsigned and does not identify a specific defendant. On November 1, 2016, the Court entered an order directing Watkins to pay the filing and administrative fees or file an IFP application within 30 days. Doc. No. 2. That order also directed Watkins to file a signed, amended complaint identifying a specific defendant, and warned Watkins that the failure to comply would result in the recommended dismissal of the complaint.

More than 30 days have passed, and Watkins has not paid the filing and administrative fees, filed an IFP application, filed an amended complaint, or otherwise responded to the Court's order. Mail sent to Watkins' address of record has been returned as undeliverable, Doc. Nos. 3 and 5, and Watkins is not listed as a current inmate on the public websites maintained by the Arkansas Department of Correction and the Federal Bureau of Prisons. Under these circumstances, the Court concludes that Watkins' complaint should be dismissed without prejudice for failure to pay the filing fee, failure to comply with Local Rule 5.5(c)(2), and failure to respond to the Court's order. *See Miller v. Benson*, 51 F.3d 166, 168 (8th Cir. 1995) (district courts have inherent power to dismiss *sua sponte* a case for failure to prosecute, and exercise of that power is reviewed for abuse of discretion).

IT IS THEREFORE RECOMMENDED THAT:

1. Plaintiff Loveeta Luciana Watkins' complaint be DISMISSED WITHOUT PREJUDICE for failure to pay the filing fee, failure to comply with Local Rule 5.5(c)(2), and failure to respond to the Court's order.

2. The Court certify that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 7th day of December, 2016.

_____
UNITED STATES MAGISTRATE JUDGE