**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**LITTLE ROCK DIVISION**

LOVEETA LUCIANA WATKINS                                                                              PLAINTIFF

V.                                                   4:16CV00797 JLH

DOE                                                                                                                  DEFENDANT

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. The Court certifies that an *in forma pauperis* appeal is considered frivolous and not in good faith.

DATED this 29th day of December, 2016.

_____
UNITED STATES DISTRICT JUDGE